UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.  05-769 RHK/SRN

| | | |
|---|---|---|
| JENNIFER L. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This Court hereby **GRANTS** the parties' Stipulation to Remand and now finds that the Commissioner's decision should be **REVERSED**, and this case **REMANDED** to the Commissioner, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings.

IT IS SO ORDERED this  7th  day of  October, 2005.


s/Richard H. Kyle
RICHARD H. KYLE
UNITED STATES DISTRICT COURT JUDGE